AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED
AUG 23 2014
David J. Bradley, Clerk

SOUTHERN    DISTRICT OF    TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Juan Carlos Sanchez-Vazquez
A200 972 370
AKA:    Juan Carlos Sanchez

IAE    YOB:    1976
the United Mexican States
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-14- 1640 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 22, 2014** in **Brooks** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Encino, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Juan Carlos Sanchez-Vazquez was encountered by Border Patrol Agents near Encino, Texas, on August 22, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on August 20, 2014, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 16, 2014, through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 19, 2011, the defendant was convicted of Conspire to Traffic in Cocaine and sentenced to twenty-five (25) months-twenty-five (25) months confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence, 4:04 pm

**August 23, 2014**    Howard Gessler    Senior Patrol Agent

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer